IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BESTWAY OILFIELD, INC., | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. No. 4:24-cv-02996 |
| | § | (JURY) |
| MICHAEL MAPES *et al.,* | § | |
|     *Defendants*. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Bestway Oilfield, Inc. ("Plaintiff") and Defendants Michael Mapes, Orlin Matute Murillo, and ServicePlus, LLC (collectively "Defendants") have settled their claims in this case. There are no counterclaims or third-party claims, and the Defendants agree to the requested dismissal with prejudice.

As part of the dismissal of the case, the parties are also requesting that the Court vacate the Findings of Fact and Conclusion of Law entered by the Court on November 14, 2024 [Dkt. 59] and the sanctions order entered by the Court on December 30, 2025 [Dkt. 136]. Defendants maintain that vacating these orders will enable Defendants to know precisely what their continuing obligations are to Plaintiff.

Therefore, Plaintiff respectfully requests that the Court dismiss this case in its entirety with prejudice. Plaintiff has submitted a proposed Order of Dismissal with Prejudice contemporaneously with the filing of this Motion and respectfully requests entry of same.

Dated: March 24, 2026.

Respectfully submitted,

*/s/ Justin W. R. Renshaw*
Justin W. R. Renshaw
S.D. TX Adm. ID No. 25865

Texas Bar No. 24013392
RENSHAW, P.C.
2900 Weslayan, Suite 360
Houston, Texas 77027
Phone: (713) 400-9001
justin@renshaw-law.com

*Attorneys for Plaintiff,*
*Bestway Oilfield, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for all Defendants and further certify that Defendants are agreed to the relief requested.

/s/ Justin W. R. Renshaw
Justin W. R. Renshaw

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2026, a true and correct copy of the forgoing was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Justin W. R. Renshaw
Justin W. R. Renshaw

2.